608

460 A.2d 853

Commonwealth v. Zerby, Appellant.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.
Judgment of sentence affirmed.

460 A.2d 854

Commonwealth ex rel. Baker v. Leslie.

Appeal of Vicki Lee Baker.

Before WICKERSHAM, BROSKY and WIEAND, JJ.
Order affirmed.